AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JUL 1 8 2013

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-13-1301-M |
| Jose Guadalupe REYNA-ESPARZA | ) | |
| YOB 1992 | ) | |
| Mexico | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 16, 2013_____ in the county of _____Hidalgo_____ in the

__Southern__ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) | Knowing and in reckless disregard of the fact that Haydee Herrera-Abarca, Sandra Giron-Giron and Ana Barahona-Villalobos and three (3) others who were aliens, who had come to, entered and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation; to wit a residence in McAllen, Texas. |

This criminal complaint is based on these facts:
On July 17, 2013, U.S. Immigration and Customs Enforcement, Homeland Security Investigations, Office of the Assistant Special Agent in Charge McAllen, Texas (HSI McAllen) and Office of Border Patrol (OBP) Agents were conducting surveillance at 12330 North Taylor Road, McAllen, Texas.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by

_____
Complainant's signature

Roberto Carrera, U.S. ICE HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/18/2013__    8:46 am

_____
Judge's signature

City and state: __McAllen, Texas__

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

I.    During surveillance, HSI and OBP Agents observed a Ford Windstar enter the suspect undocumented alien stash house. The Ford Windstar, later found to be driven by Jose Guadalupe REYNA-Esparza, left the suspected stash house.

II.    Alton Police Department initiated a vehicle stop on REYNA-Esparza's Ford Windstar. REYNA-Esparza failed to yield at the intersection of Ware Road and Vine Avenue in McAllen, Texas. REYNA-Esparza, and two female passengers attempted to abscond near an open field.

III.    A search of the area resulted in the apprehension of REYNA-Esparza, Karen Perez-Cruz, and E.R.G-M (Minor). Immigration inspection on REYNA-Esparza, Perez-Cruz and E.R.G-M were conducted. All three (3) were found to be illegally present in the United States. All three (3) were transported to the McAllen Border Patrol Station.

IV.    At the McAllen Border Patrol Station, HSI and OBP Agents were advised that on July 16, 2013 Material Witnesses Sandra Giron-Giron, Haydee Herrera-Abarca, Ana Barahona-Villalobos and E.C.A-G (Minor), all citizens of El Salvador, were being harbored at 12330 North Taylor Road in McAllen, Texas. All four (4) escaped through a window of the residence and turned themselves in to local law enforcement who turned them over to McAllen Border Patrol Agents.

V.    On July 17, 2013, At the McAllen Border Patrol Station, Material Witness Giron-Giron, Herrera-Abarca and Barahona-Villalobos identified REYNA-Esparza through a six-photo line-up as the person who harbored them at 12330 North Taylor Road. All three stated REYNA-Esparza transported UDAs to and from the residence on several occasions. Further all three stated REYNA-Esparza fed and wrote names of UDAs on ledgers at the house.

VI.    In a post-Miranda statement, REYNA-Estrada stated he had been hired by an Alien Smuggling Organization (ASO) to harbor and transport undocumented aliens at 12330 North Taylor Road for $450.00 dollars a week. REYNA-Estrada stated he had been working for the ASO for the last month, harboring and transporting UDAs. REYNA-Estrada admitted harboring Material Witness Giron-Giron, Herrera-Abarca and Barahona-Villalobos.

VII.    HSI McAllen Special Agents arrested REYNA-Estrada for violations of Title 8 United States Code (USC) 1324-Harboring Undocumented Aliens.